**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0835-17T2

MICHAEL GUSTAFSON,

    Plaintiff-Appellant,

v.

JPMORGAN CHASE BANK, N.A.,
WELLS FARGO BANK, N.A. as
Trustee for WAMU Mortgage
Pass-Through Certificates,
Series 2005-PR4 Trust,

    Defendants-Respondents.

_____

        Submitted December 19, 2018 – Decided December 27, 2018

        Before Judges Ostrer and Mayer.

        On appeal from Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-2496-15.

        Stratton Stepp Ashtyani, LLP, attorneys for appellant (Nima Ashtyani, on the briefs).

        Bertone Piccini, LLP, attorneys for respondents (Cristina Z. Sinclair, of counsel and on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0835-17T2